UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PARKVIEW STATION CONDOMINIUM II,

               Plaintiff,

- against -

FARMERS PROPERTY AND CASUALTY
INSURANCE COMPANY,

               Defendant.

**ORDER**

22-CV-09240 (PMH)

---

PHILIP M. HALPERN, United States District Judge:

    The Court held a discovery conference on September 11, 2023. The Court made the following rulings during the discovery conference:

- The fact discovery deadline is extended to October 31, 2023, and the expert discovery deadline is extended to November 30, 2023. All discovery shall be completed by November 30, 2023. The case management conference scheduled for November 27, 2023 is adjourned to January 29, 2024 at 12:00 p.m. in Courtroom 520 of the White Plains Courthouse. No further extensions to the discovery deadlines will be granted.

- Plaintiff shall provide Defendant with verified interrogatory responses by September 15, 2023.

- Plaintiff shall identify which documents, by bates number, are responsive to which document request. Counsel for Plaintiff stated at the conference that it is withholding the production of certain documents based upon the attorney-client privilege. Plaintiff shall produce a privilege log by September 15, 2023.

- Plaintiff shall produce a corporate representative for a continued Rule 30(b)(6) deposition at a mutually agreed time and place. The continued Rule 30(b)(6) deposition shall be limited to the supplemental interrogatory responses and supplemental document production.

- Counsel for Plaintiff stated that Ravi Karkara and Jason George no longer serve as members on the condominium's board, no longer reside in the condominium, and are therefore outside of Plaintiff's control. Defendant, should it be so advised, may serve non-parties Ravi Karkara and Jason George with third-party deposition subpoenas.

SO ORDERED.

Dated: White Plains, New York
September 12, 2023

_____
PHILIP M. HALPERN
United States District Judge

2