UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PARKVIEW STATION CONDOMINIUM II,

                Plaintiff,

- against -

FARMERS PROPERTY AND CASUALTY
INSURANCE COMPANY,

                Defendant.

**ORDER**

22-CV-9240 (PMH)

PHILIP M. HALPERN, United States District Judge:

    The Court held a discovery conference regarding the issues raised in Defendant's letter dated October 26, 2023. (Doc. 46). The Court issued the following rulings.

1. Defendant shall conduct the deposition via videoconference of non-party Jason George on November 10, 2023 at 8:30 a.m.

2. Defendant shall have 3.5 hours to conduct Mr. George's deposition. If Defendant cannot establish in the first 30 minutes of the deposition that Mr. George participated in Plaintiffs' written discovery responses, interrogatory responses, supplemental written discovery responses, or supplemental interrogatory responses (hereafter, "Plaintiff's Discovery Responses"), then the deposition shall be concluded.

3. In the event that Defendant establishes that Mr. George participated in preparing Plaintiff's Discovery Responses, Defendant shall be limited to asking Mr. George about Plaintiffs' Plaintiff's Discovery Responses. Defendant shall not ask any questions that were previously asked and answered during Mr. George's July 19, 2023 deposition.

2

4. Defendant shall, by November 21, 2023 at 5:00 p.m., file a letter informing the Court whether the deposition was conducted and if so, for how long.

5. Defendant shall serve Mr. George with a copy of this Order by November 7, 2023 at 5:00 p.m.

**SO ORDERED.**

Dated: White Plains, New York
November 6, 2023

_____
PHILIP M. HALPERN
United States District Judge